UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

MONTGOMERY BLAIR SIBLEY,

        Plaintiff,

vs.

THE UNITED STATES SUPREME COURT,
THE ELEVENTH CIRCUIT COURT OF
APPEAL. STEVEN BREYER, RUTH BADER
GINSBURG, ANTHONY KENNEDY,
SANDRA DAY O'CONNOR, WILLIAM
REHNQUIST, ANTONIN SCALIA, DAVID
SOUTER, JOHN PAUL STEVENS AND
CLARENCE THOMAS,

        Defendants.
_____/

Case. No. 04-21698-Civ-King

**PLAINTIFF'S *EX-PARTE* MOTION TO SUPPLY "NECESSARY INFORMATION" PURSUANT TO FEDERAL RULES OF EVIDENCE, RULE 201(d)**

    Plaintiff, Montgomery Blair Sibley, *in proper person*, moves this Court for an *ex-parte* order to supply "necessary information" pursuant to Federal Rules of Evidence, Rule 201(d), and states as follows.

    On July 9, 2004, the Complaint was filed in the above action. Paragraphs 9 and 10 of the Complaint seek, pursuant to Federal Rules of Evidence, Rule 201(d), that this Court to take judicial notice of the certain enumerated Florida State and Federal actions and incorporated the record of those actions in the Complaint by reference.

    Federal Rules of Evidence, Rule 201(d) states, "When mandatory. A court shall take judicial notice if requested by a party and supplied with the necessary information."

    Here, the record of those actions run approximately 1000 pages. As such, Plaintiff seeks leave to "supply the necessary" information regarding those actions by reducing the relevant portions

1



of those records to Adobe's Portable Document Format (PDF) and providing Court and counsel with those documents on CD-ROM. The alternative is expensive, bulky and makes access to the materials difficult and inconvenient.

WHEREFORE, Plaintiff respectfully requests an order permitting him to "supply the necessary information" referenced in paragraphs 9 and 10 of the Complaint on CD-ROM.

Dated: July 17, 2004

**MONTGOMERY BLAIR SIBLEY**
*In Proper Person*
560 Longhorn Crescent
Rockville, MD 20850-5700
Voice/Fax:    (202) 478-0371

By: _____
Montgomery Blair Sibley
Fla. Bar No.: 725730