Case 1:04-cv-21698-JLK  Document 18  Entered on FLSD Docket 08/04/2004  Page 1 of 2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION



MONTGOMERY BLAIR SIBLEY,

    Plaintiff,

v.

UNITED STATES SUPREME COURT,
et al.,

    Defendants.
_____/

CASE NO. 04-21698-CIV-KING

### ORDER DENYING PLAINTIFF'S EX PARTE MOTION TO SUPPLY "NECESSARY INFORMATION"

THIS CAUSE is before the Court upon Plaintiff's *Ex Parte* Motion to Supply "Necessary Information" Pursuant to Federal Rule of Evidence 201(d), filed July 19, 2004. Pursuant to Local Rule 5(a), this Court does not permit *ex parte* motions; every motion must be served upon all parties.

Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is

ORDERED and ADJUDGED that Plaintiff's *Ex Parte* Motion to Supply "Necessary Information" Pursuant to Federal Rule of Evidence 201(d) be, and same is hereby DENIED.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 3rd day of August, 2004.

                                                  JAMES LAWRENCE KING
                                                U.S. DISTRICT JUDGE
                                                SOUTHERN DISTRICT OF FLORIDA



cc:   Montgomery Blair Sibley, <u>Pro</u> <u>Se</u>
      560 Longhorn Crescent
      Rockville, MD 20850-5700
      Fax: (202) 478-0371