

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MONTGOMERY BLAIR SIBLEY,                    **CASE NO. 04-21698-CIV-KING**

    Plaintiff,

v.

UNITED STATES SUPREME COURT,
et al.,

    Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTIONS FOR ENLARGEMENT OF TIME AND FOR PERMISSION TO FILE RESPONSE IN EXCESS OF PAGE LIMITATIONS

THIS CAUSE is before the Court upon Plaintiff's Motions for Enlargement of Time to Respond to Defendants's Motion to Dismiss, and for Permission to File a Response in Excess of Page Limitations, filed September 17, 2004.

Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is

ORDERED and ADJUDGED that Plaintiff's Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss be, and same is hereby DENIED. It is further

ORDERED and ADJUDGED that Plaintiff's Motion for Permission to File a Response in Excess of Page Limitations be, and is hereby DENIED.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building

and United States Courthouse, Miami, Florida, this 29th day of September, 2004.


JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA


cc:   *Via Facsimile*

    *Attorney for Plaintiff*
    Montgomery Blair Sibley
    560 Longhorn Crescent
    Rockville, MD. 20850-5700
    Voice/Fax: (202) 478-0371

    *Attorney for Defendant*
    Ann St. Peter-Griffith, AUSA
    Attorney General's Office
    99 N.E. 4th Street
    Miami, FL. 33132
    Phone: (305) 961-9000

2